| | |
|---|---|
| DEFENDANT: | JOSEPH GAYE |
| AGE or YOB: | 1984 |
| COMPLAINT FILED? | _____ Yes    ___X___ No<br>If Yes, MAGISTRATE CASE NUMBER |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    ___ Yes   X  No
   If No, a new warrant is required

| | |
|---|---|
| OFFENSE(S): | Count 1: Possession of a Firearm/Ammunition by a Prohibited Person - 18 U.S.C. § 922(g)(1) |
| LOCATION OF OFFENSE: | Denver County, Colorado |
| PENALTY: | Count 1: NMT 10 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment; if the sentencing enhancement in 18 U.S.C. § 924(e) applies, then NLT 15 years imprisonment, NMT $250,000 fine, or both; NMT 5 years supervised release; $100 Special Assessment. |
| AGENT: | Lynn Thrapp<br>Special Agent, ATF |
| AUTHORIZED BY: | Thomas Minser<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 X  five days or less; ___ over five days

THE GOVERNMENT

 X   will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is not applicable to this defendant.