AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
| v. | ) |
| | ) Case No. **21-cr-15-WJM** |
| | ) |
| **JOSEPH GAYE** | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __JOSEPH GAYE__ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
  18 USC § 922(g)(1): Possession of a Firearm/Ammunition by a Prohibited Person

Date: **2/2/2021**

*Issuing officer's signature*: s/ A. Garcia Garcia - Deputy Clerk

City and state: **Denver, Colorado**

*Printed name and title*: Jeffrey P. Colwell - Clerk of Court

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*