AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2021 FEB 26 PM 12: 41

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. **21-cr-15-WJM** |
| **JOSEPH GAYE** | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **JOSEPH GAYE**, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 USC § 922(g)(1): Possession of a Firearm/Ammunition by a Prohibited Person.

Date: 2/2/2021

s/ A. Garcia Garcia - Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell - Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 02/02/2021, and the person was arrested on *(date)* 02/22/2021 at *(city and state)* DENVER, CO.

Date: 02/22/2021

[signature] 4969
*Arresting officer's signature*

JASON COLE, SPECIAL AGENT
*Printed name and title*