IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00015-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSEPH GAYE,

        Defendant.

## MOTION TO WITHDRAW AS COUNSEL AND TO APPOINT NEW COUNSEL; AND MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE

      The Office of the Federal Public Defender, through undersigned counsel, David E. Johnson, Assistant Federal Public Defender, moves to withdraw as appointed counsel for the above-named defendant, Mr. Joseph Gaye ("Mr. Gaye") and requests new counsel be appointed to represent him; further, in anticipation of new counsel being appointed, it is requested that the Court extend the pretrial motions deadline in this case. In support of this motion, counsel states as follows:

      1.    Mr. Gaye is charged in a one-count indictment, alleging possession of a firearm by a felon, in violation of 18 U.S.C. § 922(g)(1). *See* Doc. 1. Trial is currently set for June 21, 2021, and the pretrial motions deadline is set for May 24, 2021. Doc. 19.

      2.    Counsel believes that he is at this point ethically bound to file this motion to withdraw as counsel.

      3.    Counsel has come to the conclusion that communication between counsel and Defendant has irretrievably broken down. Counsel believes the attorney-client

relationship is now in a state of disrepair, irreparably broken, and that additional efforts to communicate would be fruitless. In short, there is a breakdown in communication that prevents undersigned counsel from effectively representing Mr. Gaye.

4. "To warrant the substitution of counsel, a defendant must show good cause, such as . . . . a complete breakdown of communications." *United States v. Padilla*, 819 F.2d 952, 955 (10th Cir. 1987). "Good cause for substitution of counsel consists of more than a mere strategic disagreement between the Defendant and his attorney ... rather there must be a total breakdown in communications." *United States v. Lott*, 310 F.3d 1231, 1249 (10th Cir. 2002).

5. Counsel believes the standard is satisfied in this case. This motion is not being filed due to mere strategic disagreement between Mr. Gaye and undersigned counsel. Further details in support of counsel's conclusion cannot be provided, as doing so would violate counsel's ethical duties of Loyalty, Diligence (Colorado Rule of Professional Conduct 1.3) and Conflict of Interest: General Rule (Colorado Rule of Professional Conduct 1.7).

6. Because he has been declared indigent, and in order to assist Mr. Gaye in complying with Court rules and obligations, this motion respectfully requests that a member of the Criminal Justice Act panel be appointed to represent Mr. Gaye.

7. Finally, in order to prevent any prejudice to Mr. Gaye, it is requested that the Court extend the pretrial motions deadline in this case.

WHEREFORE, based on the above, the Office of the Federal Public Defender and undersigned counsel moves to withdraw from representation of the Defendant, for

an order appointing counsel from the CJA Panel, and for an order extending the pretrial motions deadline in this case.

                Respectfully submitted,

                VIRGINIA L. GRADY
                Federal Public Defender


                s/ David E. Johnson
                DAVID E. JOHNSON
                Assistant Federal Public Defender
                633 17th Street, Suite 1000
                Denver, CO  80202
                Telephone:  (303) 294-7002
                FAX:  (303) 294-1192
                David_johnson@fd.org
                Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2021, I filed the foregoing **Motion To Withdraw As Counsel And To Appoint New Counsel; And Motion To Extend Pretrial Motions Deadline** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Thomas J. Minser, Assistant United States Attorney
E-mail:  Thomas.Minser@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Joseph Gaye (via U.S. mail)

> s/ David E, Johnson
> DAVID E. JOHNSON
> Assistant Federal Public Defender
> 633 17th Street, Suite 1000
> Denver, CO  80202
> Telephone:  (303) 294-7002
> FAX:  (303) 294-1192
> David_johnson@fd.org
> Attorney for Defendant

4