# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Criminal Action No. 21-CR-15-WJM**

THE UNITED STATES OF AMERICA
Plaintiff,

v.

Joseph Gaye, Defendant.

## NOTICE OF APPEARANCE

COMES NOW the undersigned, a member of the bar of this Court, and herewith,

Enters an appearance as counsel for the above named Defendant.

Dated at Colorado Springs, Colorado this, 28th day of May, 2021.

**Barker and Tolini, PC**
Josh Tolini #30119
720 S. Tejon
Colorado Springs, CO 80903
719-227-0230

/s/ Joshua Tolini
5/28/21

Jason R.Dunn-United States Attorney
Thomas Minser-Assistant United States Attorney

1