**DENVER POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

(AGGRAVATED ASSAULT - SHOOTING)



GOVERNMENT EXHIBIT
4

# SEARCH WARRANT

2020-624151
County/District Court             }
City and County of Denver, Colorado }  **THE PEOPLE OF THE STATE OF COLORADO**



To Detective Brian Lang 03014, or any officer authorized by law to execute a Search Warrant in the County in which the property is located in Colorado.  The affiant, Detective Brian Lang 03014, has filed an Affidavit for a Search Warrant in conformity with the provisions of the Colorado Rules of Criminal Procedure for the following described property:

- Any material evidence developed by a thorough crime scene investigation such as still and video photographing, measuring, other personal property of the victim, trace material of every kind such as clothing, fiber, hair, body fluids, and latent prints and objects on which they are found, documentary evidence tending to establish the motive or identity of any suspect or witness
- Articles of personal property tending to establish the identity of the person(s) in control or possession of the items seized, such as utility company receipts, rent receipts, canceled mail envelopes, vehicle registration, credit card receipts, repair bills, photographs, keys and articles of clothing.
- Any and All Firearms and Firearm components – including handguns, rifles, accessories, and/or simulated firearms
- Any and All Firearm Ammunition, - including live ammunition, expended projectiles, and/or expended shell-casings.
- Laptop computer

For which a Search Warrant may be issued pursuant to the provisions of Colorado Rules of Criminal Procedure, CRS 16-3-301 and CRS 19-2-504, on the grounds that property is stolen or embezzled; or is designed or intended for use as a means of committing a criminal offense; or the possession of which is illegal; or would be material evidence in subsequent criminal prosecution in this state or in another state; or the seizure of which is expressly required, authorized, or permitted by any statute of this state.; or which is kept, stored, maintained, transported, sold dispensed in violation of a statute of this state, under circumstances involving a serious threat to public safety or order or to public health; or which would aid in the detection of the whereabouts of or in the apprehension of a person for whom a lawful arrest warrant is outstanding; believed to be situated at the place, in the vehicle or on the person known or described as:

> 199 North Cook Street #204, a red brick multi-story office building, with a glass front door with "199 Cook Street" affixed to the glass in black.  Unit #204 is located on the second floor of the office building, with "204" in black affixed on the wall near the door on a black and silver plate.

City of Denver, County of Denver, state of Colorado.
Based upon the affidavit of the above named affiant, which is incorporated by reference, I am satisfied that there is probable cause to believe that the property described is located at the place, in the vehicle or on the person above described.  YOU ARE THERFORE AUTHORIZED to search the place, vehicle or person described for the property described, and to make a return of this Warrant to the undersigned judge within fourteen days, and to deliver to the person from whom the property is taken, a copy of this Warrant together with a receipt for the property taken, or, to leave a copy of the Warrant and receipt at the place from which the property was taken.



Page 2 of 2

SEARCH WARRANT 2020-624151

Date 10/19/20, Time 9:40 p.m.
in Denver, Colorado

_____
Signature of Judge

**Isabel Pallares**
_____
Printed Name of Judge



# DENVER POLICE DEPARTMENT

GO# 2020-624151
OPEN

### GENERAL OFFENSE HARDCOPY
### (AGGRAVATED ASSAULT - SHOOTING)

County/District Court
City and County of Denver, Colorado



Case No.2020-624151

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Brian Lang 03014, state under oath that I have reason to believe that at the place, in the vehicle or on the person known or described as:

>  199 North Cook Street #204, a red brick multi-story office building, with a glass front door with "199 Cook Street" affixed to the glass in black. Unit #204 is located on the second floor of the office building, with "204" in black affixed on the wall near the door on a black and silver plate.

in the City and County of Denver, State of Colorado, there is now located the following described property or contraband:

- Any material evidence developed by a thorough crime scene investigation such as still and video photographing, measuring, other personal property of the victim, trace material of every kind such as clothing, fiber, hair, body fluids, and latent prints and objects on which they are found, documentary evidence tending to establish the motive or identity of any suspect or witness
- Articles of personal property tending to establish the identity of the person(s) in control or possession of the items seized, such as utility company receipts, rent receipts, canceled mail envelopes, vehicle registration, credit card receipts, repair bills, photographs, keys and articles of clothing.
- Any and All Firearms and Firearm components – including handguns, rifles, accessories, and/or simulated firearms
- Any and All Firearm Ammunition, - including live ammunition, expended projectiles, and/or expended shell-casings.
- Laptop computer

For which a search warrant may be issued upon one or more of the grounds set forth in the Colorado Rules of Criminal Procedure and CRS § 16-3-301 and 19-2-504, namely that this property is stolen or embezzled, or is designed or intended for use as a means of committing a criminal offense, or is or has been used as a means of committing a criminal offense, or the possession of which is illegal, or would be material evidence in a subsequent criminal prosecution in this state or another state, or the seizure of which is expressly required, authorized or permitted by any statute of this state, or which is kept, stored, maintained, transported, sold, dispensed, or possessed in violation of a statute of this state, under circumstances involving a serious threat to public safety or order or to public health, or which would aid in the detection of the whereabouts of or in the apprehension of a person for whom a lawful arrest warrant is outstanding.

The facts tending to establish the grounds for issuance of a Search Warrant are as follows:

Your affiant, Detective Brian Lang 03014, has been a Police Officer for over seventeen years. Your affiant was assigned to the Denver Police Department's Major Crimes Bureau in November of 2012 as a Detective in the Domestic Violence Unit. In February of 2016 your Affiant was assigned to the Missing and Exploited Persons Unit as a Detective, in February of 2019 your Affiant was assigned to the Sex Crimes Unit as a detective and in

REV 11/18


2020-624151

February of 2020 your Affiant was assigned to the Firearms Assault Shoot Team as a detective, which is the position your Affiant currently holds.

Your Affiant has attended numerous classes and courses relating to major case investigations and response. Your Affiant completed a six-month detective training program with the Denver Police Department's Vice and Narcotics Unit at which time your Affiant assisted in the execution of numerous search warrants and on scene investigations.

Your Affiant obtained the following information by personal observations, interviews, witnesses, discussions with fellow officers and by reviewing official police reports of the Denver Police Department.

On October 19, 2020 at approximately 5:33 p.m., The Denver Police Departments Communications Bureau received a 9-1-1 call of a shooting that was reported to have occurred at 165 North Cook St, (which is in the City and County of Denver). The reporting party later identified as Joseph GAYE stated he had been shot after a suspect entered the location wearing a mask. The reporting party had to provide an entry code for emergency responders to access the building. The reporting party also clarified that 165 North Cook St and 199 North Cook Street are the same location.

Denver Police Officers arrived on scene at 199 North Cook St, (which is in the City and County of Denver) and had to force entry into the building due to it being locked. Officers located the victim, later identified as Joseph GAYE, dob: 11/29/84, lying on the floor inside unit #204. GAYE was suffering from a gunshot wound to his left thigh and testicles. GAYE'S injury was a downward trajectory that appeared to have struck his right testicle and then his left thigh. GAYE was transported to Denver Health Medical Center via ambulance for treatment and was subsequently taken to surgery.

Officers conducted a search of the business and did not locate anyone else inside the building and did not observe any other signs of forced entry. Corporal CLAYBORN #06163 informed your Affiant that inside unit #204 he observed blood on the office chair and a single spent cartridge casing lying on top of a desk on its side. Corporal CLAYBORN also reported that GAYE was lying on the floor between the desk and a futon style couch upon arrival. Your Affiant was notified that a laptop computer was located on the desk near the spent cartridge casing. Your Affiant was notified that GAYE's clothing was removed by medical personal prior to transporting him to the hospital and was left on scene.

Based on your Affiant's experience the injury GAYE suffered from may have been self-inflicted due to the trajectory of the wound.

Your Affiant respectfully requests this search warrant in order to collect the above described evidence along with additional evidence that may be present but not readily visible in order to further this investigation.

_____03014_____
Signature of Affiant

REV 11/18

Page 2 of 3

# DENVER POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
### (AGGRAVATED ASSAULT - SHOOTING)

2020-624151

**Review & Approval**

| District Attorney – Signature | District Attorney – Printed name & Registration # | Date and Time |
|---|---|---|
| Reviewed via email / Carlos Rueda | Carlos Rueda #42590 | 10/19/2020 @ 9:23 p.m. |

Subscribed under oath before me on this __19th__ day of __October__, 20__20__ at __9:40 p.m.__ in the City and County of Denver, CO

_Signature of Judge_

Isabel Pallares

Printed Name of Judge

REV 11/18

Page 3 of 3

# DENVER POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
### (AGGRAVATED ASSAULT - SHOOTING)

City and County of Denver
State of Colorado

**RETURN AND INVENTORY**

Property # _____
GO/CAD # 2020-624151

I, Det. Brian Lang 03014 received a Search Warrant issued by Judge Pallares on October 19, 2020, to search the place, vehicle or person known or described as: 199 N. Cook St #204

City of Denver, County of Denver

On October 19, 2020, at 10:15 o'clock ☐ a.m. ☒ p.m., I executed it by searching the place, vehicle or person described in the Search Warrant and left a copy of the Search Warrant and this inventory with:

199 N. Cook St #204

Location or place searched, or owner or name of person searched together with an inventory of the property taken.

The following is an inventory of property taken pursuant to the Search Warrant.

**DESCRIPTION OF ITEMS**

List property/evidence in this order whenever applicable:
1 – MONEY    2 – CONTRABAND DRUGS/NARCOTICS    3 – WEAPONS    4 – REMAINING PROPERTY/EVIDENCE

Article description must be as complete as possible. Gun description must include make, type of action, caliber, and serial number.
Indicate the Status (S) of each article invoiced into the Property Management Section:   E – Evidence    P – Personal Property    F – Found Property

| # | ARTICLE TYPE & BRAND NAME | MODEL # | COLOR | SERIAL NUMBER | S | BIN # |
|---|---|---|---|---|---|---|
| 1 | Sig Sauer 9mm w/mag | P365 | Blk | (None) | E | |
| 2 | Ammo | | | | E | |
| 3 | Shoes | | | | E | |
| 4 | Misc bloody Clothing w/ personal items from pockets | | org/blk | | E | |
| 5 | Knee pads | | | | E | |
| 6 | Hat (baseball cap) | | grey | | E | |
| 7 | Box cutter from pants | | Blk | | E | |
| 8 | folding knife | | Blk | | E | |
| 9 | spent shell casing | | | | E | |
| 10 | ~~Keys~~ Keys not taken | | | | E | |

Currency seized as evidence shall be deposited in a trust fund after 120 days of receipt unless the Property Management Section is notified that the actual currency is needed as evidence. Notification must be made via email at " MoneyHold@denvergov.org "

This inventory is a true and detailed account of all property taken pursuant to the Search Warrant and was made by:

Signature of Officer 03014    in the presence of    Signature of Another Officer or Credible Person 98038

DPD 373 (Rev. 01/18)    Distribution:    Owner/Location    Detective    Property Management