IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:21-cr-00015-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JOSEPH GAYE**

    Defendant.

---

**NOTICE OF CONVENTIONAL FILING – EXHIBITS 1, 2, AND 3 TO THE GOVERNMENT'S RESPONSE TO THE DEFENDANT'S MOTION TO SUPPRESS EVIDENCE**

---

    The United States of America, by and through Thomas Minser, Assistant United States Attorney for the District of Colorado, hereby provides a copy of Exhibits 1, 2, and 3, for delivery to chambers for review. The exhibits are contained on a USB drive and consist of a 911 recording and body worn camera recordings of the incident identified on page 1 of the Government's response to the defendant's motion to suppress evidence.

Dated: September 9, 2021  Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

By: *s/ Thomas Minser*
THOMAS MINSER
Assistant United States Attorney
1801 California St., Suite 1600
Denver, Colorado 80202
Phone: (303) 454-0203
Fax: (303) 454-0405
E-mail: Thomas.Minser@usdoj.gov
Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2021, I electronically filed the foregoing **NOTICE OF CONVENTIONAL FILING – EXHIBITS 1, 2, AND 3 TO THE GOVERNMENT'S RESPONSE TO THE DEFENDANT'S MOTION TO SUPPRESS EVIDENCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

*s/Portia Peter*
Legal Assistant
United States Attorney's Office 1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100 Email: Portia.peter@usdoj.gov