**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

**GOVERNMENT EXHIBIT 1**

| Title of Investigation: | Investigation Number: | |
|---|---|---|
| GAYE, Joseph | 788055-21-0011 | 7 |

**SUMMARY OF EVENT:** *Bullet fragment chain of custody.* On September 3, 2021, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agent (SA) Lynn Thrapp spoke with Crime Laboratory Technician Allison Kennedy in regard to the procedures for retrieving bullet fragments from the hospital.

**NARATIVE:**

1. On September 3, 2021, SA Thrapp spoke with Denver Police Department Crime Laboratory Technician Allison Kennedy regarding the procedures for collecting bullet fragments from Denver Health Medical Center, located at 777 Bannock Street, Denver, CO 80204. SA Thrapp is currently investigating Joseph GAYE (DOB 11/29/1984), who had a bullet fragment removed from his leg on October 19, 2020.

2. Technician Kennedy informed SA Thrapp that when a bullet or other fragment is removed from a patient, the hospital staff put the item in a bag and then place it in a secured box near the hospital security desk. The bullet fragment is removed by medical personnel, and not at the request of law enforcement. Technician Kennedy informed SA Thrapp that the bag is labeled with the patient's name and date of birth so that the Crime Lab staff are able to identify who the bullet was removed from.

3. SA Thrapp asked Technician Kennedy if the hospital staff notified her when it was time for pickup. Technician Kennedy stated that she would usually stop by Denver Health once a week or once every two weeks to collect the bullet fragments. Technician Kennedy stated that only when the lockbox overflowed and there was not enough room for the bullet fragments did hospital staff call the Crime Lab to pick them up.

4. SA Thrapp asked Technician Kennedy if there was a record of the chain of custody regarding the bullet fragments that she collects from the hospital. Technician Kennedy stated there was a form that the medical staff filled out regarding chain of custody, and it was located in the evidence bag.

5. On September 3, 2021, SA Thrapp responded to the Denver Police Department Property Bureau, located at 1331 Cherokee Street, Denver, CO. SA Thrapp viewed the bullet fragment that was removed from GAYE's leg. Inside the evidence bag containing the bullet fragment was a folded-up piece of paper which detailed the chain of custody from the removal of the bullet fragment from GAYE's leg to the Property Bureau. The chain of custody paper is attached to this report for more information.

6. SA Thrapp spoke with several investigators from the Denver Police Department who informed her that removing "projectiles" such as bullet fragments from patients is a common practice in the hospital and the

| Prepared by: | Title: | Signature: | Date: |
|---|---|---|---|
| Lynn A. Thrapp | Special Agent, Denver IV Field Office | | 9/7/2021 |
| Authorized by: | Title: | Signature: | Date: |
| Jeffrey C. Russell | Group Supervisor, Denver IV Field Office | Digitally signed by Jeffrey Russell DN: cn=Jeffrey Russell, o=ATF, ou=ATF- Denver Group Iv, email=jeffrey.russell@atf.gov, c=US Date: 2021.09.07 11:45:50 -06'00' | |
| Second level reviewer (optional): | Title: | Signature: | Date: |
| David S. Booth | Special Agent in Charge, Denver Field Division | | |

| Title of Investigation: GAYE, Joseph | Investigation Number: 788055-21-0011 | Report Number: 7 |
|---|---|---|

removal of the bullet fragments is due to medical reasons and is not at the request of law enforcement. SA Thrapp was told it is standard procedure for the bullet fragments that are removed from patients to be given to law enforcement during the course of the investigation. For more information, please refer to the attached photographs.

**Attachments:**

- **Photograph of chain of custody paperwork**
- **Photograph of evidence packaging**

**DENVER HEALTH**
Level One Care for ALL
Denver Health Medical Center
777 Bannock Street
Denver, CO 80204

20-6425
#1146157-1
NVR
3/23/21

## EVIDENCE RECEIPT

Patient's Name: Joseph Gaye  DOB: 1/29/1984
Date Recovered from Patient: 10/19/2020

Description of object/s: Metal object from left thigh

Seal #: 0969

| Date | Released by: | Released to: | Remarks: |
|---|---|---|---|
| 10/19/20 | Nino Bompart | Mark Kais / Mash K. Garcia | |
| 10/19/20 | Mash Garcia | D/S EL HAFIAUI S1305 | |
| 10/22/20 | EL HAFIAUI S1305 | A. Kennedy B19065 | |
| | | | |
| | | | |
| | | | |

Please contact the firearm section of the Denver Crime Lab with any questions. 720-337-2010

INSTRUCTIONS: Fill out all appropriate fields for each chain of custody. KEEP ORIGINAL WITH EVIDENCE – Make additional copies when needed.

INV_00000819





