**LARIMER COUNTY | ALTERNATIVE SENTENCING DEPARTMENT**

2307 Midpoint Drive, Fort Collins, Colorado 80525-4378, 970.980.2600, Larimer.org/cjs/asd

## Work Release Placement Agreement

- You must arrive to begin your Work Release sentence on the designated date and time listed below. Failure to do so will be reported to probation, the courts, and your sentencing judge.

**Your designated START DATE:** 3/8/2022      **Your designated START TIME:**  ☒ 10:00 A.M.   ☐ 2:30 P.M.

- You must begin your Work Release sentence drug and alcohol free and remain drug and alcohol free for the duration of your sentence. You will submit an initial UA (drug screening test) on your start date. This UA must be a non-dilute, testable sample. Sanctions up to revocation to the Larimer County Jail may occur if you begin your Work Release sentence under the influence.
- You must not bring any items into the Work Release facility, parking lot, or surrounding grounds considered to be contraband as described in the Offender Handbook (located online). **Failure to comply could result in criminal charges or sanctions up to and including revocation.**
- You will not be allowed to go home or pick up any property once you begin your Work Release sentence.
- Property may be dropped off to you at the first-floor security desk between the hours of 12:00 P.M. (noon) and 7:00 P.M., 7 days a week. You will need to be present in the facility for property drop off. All property is subject to search.

**COVID-19 PROTOCOLS:** At present, the Work Release facility is an ever-changing environment due to COVID-19. We continue to take direction from the Larimer County Department of Health regarding operational safety practices. The wellbeing of Work Release participants and staff is our utmost concern. Therefore, we have implemented the health and safety precautions/protocols outlined below. Any action that compromises the general welfare of the community or Work Release facility operations may result in loss of working privilege to you, and lead to a full facility lockdown. Your behavior and choices will impact others.

- You are required to bring and wear a mask that covers your nose and mouth when inside the Work Release facility. Masks must also be worn in the community according to state and local mandates.
- Anytime you return to the Work Release facility you will be required to sanitize your cell phone and any other hard surface items, replace the mask you have worn in the community with a clean mask, wash your hands and change your clothing.
- You will be assigned to a dorm room. You will be expected to maintain proper social distancing while in your dorm room and shared spaces throughout the Work Release facility.
- To maintain the health of the facility, on-site visitation is suspended at this time. Virtual visitations may be scheduled at our regular scheduled times outlined in the Offender Handbook.
- Additionally, you will be required on your start date to complete a COVID 19 test.
- **Please check our website frequently for COVID requirement updates.**

By signing and returning this form, you affirm that you have read, understand, and agree to the start date/time assigned to begin your Work Release sentence, and all terms and conditions outlined above. Furthermore, you understand it is your responsibility to read the online handbook prior to your designated start date. **The standards, rules and policies cited within that document will be enforced beginning your first day in Work Release.**

Printed Name: ___Joseph Gaye_____     Phone #: _(303) 590-8474_____

Offender signature: _____     Date: _____

Staff signature: _____     Date: _____

Printed Staff Name: __Jennifer Koenig_____



LCCJS/AS-248 (08/21)

**LARIMER COUNTY  |  ALTERNATIVE SENTENCING DEPARTMENT**

2307 Midpoint Drive, Fort Collins, Colorado 80525-4378, 970.980.2600, Larimer.org/cjs/asd

# Work Release Reporting Day Checklist

Please complete this checklist to ensure that you are bringing all required items, and no prohibited items.




Scan this **QR** code to access an online flipbook version of the current Work Release Offender Handbook. The online flipbook can also be accessed at the web address:
https://online.flippingbook.com/view/253305/

Please be certain to thoroughly read the Work Release Offender Handbook **prior** to beginning your sentence. All rules and standards will be enforced the day you begin you Work Release sentence.

**Items to Bring to Work Release:**
- [ ]  **Photo ID and court paperwork**
- [ ]  **Paycheck stub/Direct deposit statement or other verification of employment and income**
- [ ]  **Payment** (minimum $150.00 - payment in full required if sentence is 7 days or less)
- [ ]  **Clothes** (all necessary work clothes, and appropriate clothing for wear in facility)
    - Storage space is limited- maximum two-week wardrobe allowed
    - Cash operated laundry available, bring your own detergent (no bleach allowed)
- [ ]  **Hygiene Items (No Scope, Listerine, or other mouthwash containing alcohol is permitted)**
    - Washcloth and towel    Soap/shampoo
    - Razor    Toothbrush/toothpaste/deodorant, etc.
    - Brush/comb    Hair dryer/curling iron/make-up, etc.
- [ ]  **Medications**
    - All prescription medications MUST be turned in to Work Release staff
    - All over-the-counter medications MUST be turned in to staff (if brought into building)
    - All medications must be in original bottle/container/packaging and include dosage instructions
    - All prescription medication must be both a current prescription and prescribed to you
    - Please place all medications in a clear, plastic bag and declare to staff at intake
- [ ]  **Electronic Devices**
    - Cell phones must be stored and used in the designated area only
    - Any other electronic devices with cameras are prohibited in the housing area
    - Laptops may be approved on a case-by-case basis for work or school purposes only
    - Small portable DVD players, tablets (without camera) and battery-operated clocks are allowed
    - No portable TVs, etc. No audible audio or video allowed. Please have headphones available.
- [ ]  **Completed forms sent to you**
    - (Intake Permissions Form, Medical Screening Sheet)

**Prohibited Items:**
- Weapons or items that could be used as a weapon
- Bedding or linens other than one standard sized pillow (sheets, blankets, etc. will be provided)
- Food, drinks, candy, gum, snacks, etc.  (food items are considered contraband and will be discarded)
- Items which may be considered contraband under applicable law or ASD policy including Rx not prescribed to you, or any illegal substance or alcohol. Check your bags thoroughly - you will be held responsible for all contents found on your person or in your possession.
- Job-related tools/knives/box cutters/etc. - these items are to be stored at work or in a vehicle.
- Marijuana, tetrahydrocannabinol (THC) and cannabidiol **(**CBD) products

**Additional information available at**: www.larimer.org/cjs/asd/wr **including Frequently Asked Questions.**



LCCJS/AS-179 (04/21)

# LARIMER COUNTY | ALTERNATIVE SENTENCING DEPARTMENT

2307 Midpoint Drive, Fort Collins, Colorado 80525-4378, 970.980.2600, Larimer.org/cjs/asd

## Intake Permissions Form

Name: _____

Instructions: All offenders must fill out **BOTH** sides of this form. If you work more than one job, you must fill out both sides of this form, and only employment information on a second form- be sure to ask staff for another form before leaving today's orientation. This form MUST be signed by your employer.

Name of Employer: _____ Phone #: _____

Address: _____ City: _____ State: _____ Zip: _____

When are you paid?   Daily   Weekly   Bi-Weekly   Monthly   Other:_____

How are you paid?   Hourly   Salary   Piece Work   Commission

What is your pay rate?  $_____ per_____  What is your date of hire? _____

If you work **the same days and hours each week**, please fill out the work schedule below with that information.

| Day | Clock-In | Clock-Out | **If split schedule** | In | Out |
|---|---|---|---|---|---|
| Monday | _____ | _____ | Monday | _____ | _____ |
| Tuesday | _____ | _____ | Tuesday | _____ | _____ |
| Wednesday | _____ | _____ | Wednesday | _____ | _____ |
| Thursday | _____ | _____ | Thursday | _____ | _____ |
| Friday | _____ | _____ | Friday | _____ | _____ |
| Saturday | _____ | _____ | Saturday | _____ | _____ |
| Sunday | _____ | _____ | Sunday | _____ | _____ |

If your job requires rotating shifts or does not allow a fixed schedule, please fill out the schedule below for as many days as you know your schedule, **beginning with your intake date.**

| Date | Clock-In | Clock-Out | Date | Clock-In | Clock-Out |
|---|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

**Employers/Supervisors/Administrators- Please Read The Below Information Before Signing.**
This document is an official document for recording. Offering a False Document for Recording (C.R.S. 18-5-114) is a class 5 felony. By signing this document, you are vouching for its truth and accuracy.

Employer Signature: _____   Date: _____



LCCJS/AS-178 (10/19) (F/B)

**If you are a student**, please fill out the following information:

|  |  | Arrive | Depart |
|---|---|---|---|
| School Name: _____ | Monday | _____ | _____ |
| Address: _____ | Tuesday | _____ | _____ |
| Phone #: _____ | Wednesday | _____ | _____ |
|  | Thursday | _____ | _____ |
| **Attach School Schedule to This Page** | Friday | _____ | _____ |

**If you are a business owner or are self-employed**, please fill out the following information:

[ ] Sole Proprietor   [ ] Corporation   [ ] LLC   [ ] Partnership   [ ] Other: _____

If you are a sole proprietor, work release requires that you file and maintain a current Trade Name Registration with the State of Colorado.  Instructions may be found at www.sos.state.co.us.

All other business entities must show current and proper business formation paperwork.

**Part 2- Other Permissions**

Please list all **court-ordered** classes, therapy, etc that you are mandated to attend below:

| Class Provider | Address | City/State/Zip | Day(s) of week | Time(s) |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

Please list any **voluntary** support groups or classes (AA, NA, Private Counseling, etc.)

| Class Provider | Address | City/State/Zip | Day(s) of week | Time(s) |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

Please list any legal, medical, dental or mental health appointments scheduled during your work release sentence (other than as listed above)

| Date | Time | Appointment | Address | City/State/Zip |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

Please list your bank information (name & address) and date/time of your weekly banking trip, if needed.

| Bank Information | Address | City/State/Zip | Day of week | Time |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |

Work Release Offenders may attend Church Services one day per week, for a total of 3 hours (including travel time).  If you will be attending church services, please provide the name and address of the church.

Church Name: _____   Address: _____   City: _____

Church Service Day: _____   Service Start: _____   End: _____



Page 2

# LARIMER COUNTY | ALTERNATIVE SENTENCING DEPARTMENT

2307 Midpoint Drive, Fort Collins, Colorado 80525-4378, 970.980.2600, Larimer.org/cjs/asd

## Incoming Offender Medical Screening Sheet

For the medical conditions listed below, please place an "x" in the "yes" box if the medical condition described pertains to you.  Provide an explanation (if necessary) in the space next to the check box.

| Condition | Yes | Description |
|---|---|---|
| Recent Hospitalizations (past 6 months) | [  ] | _____ |
| Special Care or Living Conditions Required | [  ] | _____ |
| Special Dietary Needs Required | [  ] | _____ |
| Allergies | [  ] | _____ |
| Currently Under a Doctor's Care | [  ] | _____ |
| Aids/HIV | [  ] | _____ |
| Any Head Injuries- How Recent | [  ] | _____ |
| Artificial Limbs | [  ] | _____ |
| Asthma/Respiratory Condition | [  ] | _____ |
| Birth Control | [  ] | _____ |
| Dental Problems/Dentures | [  ] | _____ |
| Diabetes (Indicate Type) | [  ] | _____ |
| Difficulty Hearing/ Hearing Aids | [  ] | _____ |
| Degenerative Eye Disease | [  ] | _____ |
| Glasses/contacts/vision problems | [  ] | _____ |
| Epilepsy | [  ] | _____ |
| Heart Problems | [  ] | _____ |
| Hemophilia | [  ] | _____ |
| Hepatitis (indicate type A, B, or C) | [  ] | _____ |
| High Blood Pressure (Hypertension) | [  ] | _____ |
| If female, pregnant or recently pregnant | [  ] | _____ |
| Kidney or Liver Disease | [  ] | _____ |
| Orthopedic Problems | [  ] | _____ |
| Seizures | [  ] | _____ |
| Sexually Transmitted Diseases | [  ] | _____ |
| Suicidal | [  ] | _____ |
| Traumatic Injury | [  ] | _____ |
| Tuberculosis | [  ] | _____ |
| Ulcers | [  ] | _____ |
| Other Medical Conditions | [  ] | _____ |
| Alcoholism | [  ] | _____ |
| Drug Dependency | [  ] | _____ |
| Psychiatric Care or Condition | [  ] | _____ |
| Required Medication  (please list) | [  ] | _____ |
| Medical Insurance | [  ] | _____ |

*Medicaid Representatives on site. Hours are posted in the facility or ask staff for information.*



LCCJS/AS-177 (04/21)

# LARIMER COUNTY  |  ALTERNATIVE SENTENCING DEPARTMENT

2307 Midpoint Drive, Fort Collins, Colorado 80525-4378, 970.980.2600, Larimer.org/cjs/asd

## Work Release Offender Exceptional Employment Information

If you are self-employed or work for cash, the requirements listed below must be met before you will be considered/cleared to work for this type of employment.

### Self-Employment (check all that apply):

Sole Proprietor ( )     Corporation ( )     LLC ( )     Partnership ( )     Other _____

If you are the sole proprietor, Work Release requires that you file and maintain a current Trade Name Registration with the State of Colorado.  Instruction can be found at www.sos.state.co.us.

All other business entities must show current and proper business formation paperwork.  This can include contracts, paystubs, financial records and/or tax documentation from the previous calendar year.

### Working for Cash/1099 Employment/Subcontractors:

You must provide a letter from your employer.  The letter should be typed on business letterhead.  If letterhead is not available, you must attach a printed form or business card with business name, address, and business phone number in addition to a letter from your employer.  Additional information documenting the nature of the business may be required to prove the legitimacy of the business.

The letter must include the following information:

Job title
Job duties
Number of hours worked per day or week
Hourly Wage
When paid – daily, weekly or biweekly
Method of payment – cash, check, or other method
How are work hours are documented? (Time clock, phone app, manual timecard, computerized, etc.)

You will need to fill out an Offender Request and provide the above documentation regarding your personal situation to be considered for exceptional employment.  If you meet the requirements for a home office, you will be required to sign a contract outlining the parameters regarding use of that office.



LCCJS/AS-213 (04/21)