IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 21-cr-015-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     JOSEPH GAYE,

    Defendant.

## ORDER RESETTING TRIAL DATE AND RELATED DEADLINES

This matter comes before the Court based on its Order Granting Defendant's Unopposed Motion for Ends of Justice Continuance (ECF No. 44).  Accordingly, it is hereby ORDERED as follows:

    A.    As required by WJM Revised Practice Standards IX.E:

        1.    Expert witness disclosures pursuant to Fed. R. Crim. P. 16 shall be made not later than 14 days prior to the Final Trial Preparation Conference, and any challenges to such experts shall be made not later than 7 days prior to said Conference; and

        2.    Disclosures regarding rebuttal expert witnesses shall be made not later than 7 days prior to the Final Trial Preparation Conference, and any challenges to such rebuttal experts shall be made not later than the day prior to said Conference;

    B.    Local Rule D.C.COLO.LCrR 11.1 applies fully to this case.  Absent an

Order permitting or directing otherwise, a Notice of Disposition shall be filed **no later than 14 days before the trial date**;

      C.      A Final Trial Preparation Conference is hereby set for **May 17, 2022 at 3:30 p.m. in Courtroom A801**. Lead counsel who will try the case must attend in person. Any outstanding motions may be addressed at the time of the Final Trial Preparation Conference;

      D.      The parties must be prepared to address at the Final Trial Preparation Conference some or all of the issues which may affect the duration or course of the trial referenced in the Court's Revised Practice Standards applicable to such Conferences;

      E.      A **4-day** jury trial is hereby set to commence in the U.S. Courthouse, **Courtroom A801**, 901 19th Street, Denver, Colorado, on **May 23, 2022 at 8:30 a.m.**; and

      F.      Counsel are directed to this Court's Revised Practice Standards to ensure compliance with all deadlines triggered by the setting of the Final Trial Preparation Conference and Trial. In so doing, the parties are strongly encouraged to take advantage of the "Trial Preparation Conference & Pretrial Checklist" available at http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonWilliamJMartinez.aspx.

Dated this 14th day of February, 2022.

BY THE COURT:

_____
William J. Martínez
United States District Judge