IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action Number 21-cr-15-WJM

---

UNTITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSEPH GAYE,

    Defendant,

---

## MOTION TO WITHDRAW
_____

Mr. Gaye, through undersigned counsel, respectfully requests this Court allow Mr. Tolini to withdraw and to appoint substitute counsel.

1. On April 4, 2022 Mr. Gaye told Mr. Tolini that he wished for him to withdraw and for substitute counsel to be appointed.

2. In counsel's opinion at this point in the case there is a complete breakdown in communication between Mr. Gaye and counsel.

Wherefore, Mr. Gaye respectfully requests this Court to allow Mr. Tolini to withdraw and to appoint substitute counsel.

Respectfully submitted April 6, 2022

BARKER & TOLINI, P.C.

  s\ Joshua Tolini
Joshua N. Tolini, No. 30119
115 E. Costilla
Colorado Springs, Colorado 80903
(719) 227-0230
(719) 227-0964 Fax

CERTIFICATE OF MAIILING

I hereby certify that a copy of the foregoing was filed using the court's ECF system on February 9, 2022

 s/ Joshua Tolini