IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action Number 21-cr-15-WJM

UNTITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSEPH GAYE,

    Defendant,

## MOTION TO RESTRICT DOCUMENT 46

    Mr. Gaye respectfully moves to restrict document number 46. The document contains information regarding confidential communications between Mr. Gaye and counsel. Mr. Gaye requests a õLevel 3" Restriction which would make the documents, any order revealing the contents of those documents, õviewable by Filer & Courtö only.

    Respectfully submitted April 6, 2022

                                        BARKER & TOLINI, P.C.

                                        __s\ Joshua Tolini__
                                        Joshua N. Tolini, No. 30119
                                        115 E. Costilla
                                        Colorado Springs, Colorado 80903
                                        (719) 227-0230
                                        (719) 227-0964 Fax

## CERTIFICATE OF MAIILING

      I hereby certify that a copy of the foregoing was filed using the court's ECF system on April 6, 2022.

                                                   s/ Joshua Tolini