IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action Number 21-cr-15-WJM

---

UNTITED STATES OF AMERICA,

     Plaintiff,

vs.

JOSEPH GAYE,

     Defendant,

---

### MOTION TO CONTINUE STATUS CONFERNCE

_____

Counsel for Mr. Gaye respectfully requests this Court to continue the Status Conference currently set for April 29, 2022, at 1:30 PM.  Counsel is currently set for a sentencing hearing in El Paso County at the same date and time.  Counsel would request Monday, May 2, 2022, in the morning if available.

Respectfully submitted April 23, 2022

                                             BARKER & TOLINI, P.C.

                                             __s\ Joshua Tolini_____
                                             Joshua N. Tolini, No. 30119
                                             115 E. Costilla
                                             Colorado Springs, Colorado 80903
                                             (719) 227-0230
                                             (719) 227-0964 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed using the court's ECF system on April 23, 2022 and served electronically on opposing counsel.


 s/ Joshua Tolini