IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:21-cr-15-WJM

UNITED STATES OF AMERICA,

  Plaintiff,

v.

JOSEPH GAYE,

  Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court and I appear in this case as counsel for Mr. Joseph Gaye.

DATED at Denver, Colorado this 3rd day of May, 2022.

                                      Respectfully submitted,

                                      <u>s/ John Parras</u>
                                      John Parras
                                      John Parras Law Office

                                      PO BOX 202647
                                      Denver, CO 80220
                                      (303) 600-3676
                                      jparras@mac.com