IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: May 12, 2022
Courtroom Deputy: Heidi L. Guerra
Court Reporter: Mary George

---

Criminal Action No. **1:21-cr-00015-WJM-1**          Counsel:

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH GAYE,                                          John M. Parras

    Defendant.

---

## COURTROOM MINUTES

### *EX PARTE* STATUS CONFERENCE

**2:07 p.m.     Court in session.**

Court calls case. Appearance of defense counsel. Defendant is present on bond.

Discussion regarding Defendant's legal counsel and case status.

**2:18 p.m.     Court is adjourned. Hearing concluded.**

Total time in court: 11 minutes