IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:21-cr-15-WJM

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JOSEPH GAYE,

   Defendant.

---

**UNOPPOSED MOTION TO EXCLUDE 60 DAYS FROM THE SPEEDY TRIAL CALCULATION AND
CONTINUE ALL DEADLINES**

---

Defendant Joseph Gaye, through undersigned counsel and unopposed by the Government, moves the Court to vacate the current trial date of September 6, 2022, exclude 60 days under the Speedy Trial Act, and continue notice, disclosure, and motions filing deadlines for 60 days from the current deadlines. In support, counsel states:

## I. INTRODUCTION

1.    Mr. Gaye is charged in a one-count indictment alleging that he unlawfully possessed a firearm in violation of 18 U.S.C. § 922(g)(1). ECF No. 1

(Indictment).

2.  Mr. Gaye was arrested on February 22, 2021 (ECF NO. 4) and released with unsecured bond and conditions on February 23, 2021 (ECF Nos. 11, 12). Upon information and belief, he is compliant with his conditions of release.

3.  The Court's "Order Resetting Trial Date and Related Deadlines" (ECF No. 60) indicates the following due dates and settings:

| | |
|---|---|
| Notice of Disposition is | August 23, 2022 (14 days prior to trial); |
| Final Pretrial Conference is | August 30, 2022; and |
| Jury trial is | September 6, 2022. |

4.  Undersigned counsel entered his appearance in the case on May 3, 2022. (ECF Nos. 55, 56). On May 13, 2022, this Court authorized Investigator Anthony Merlo to assist undersigned counsel in investigating the relevant facts, law, and potential sentencing issues.

5.  As of the filing of this motion, undersigned counsel has communicated with opposing counsel, Mr. Gaye's pretrial officer, and prior appointed counsel. Undersigned counsel has received and reviewed the Government's discovery and, at this time, states that there are no disputes or requests for additional material. Undersigned counsel has initiated an independent investigation into the facts and law that is continuing with the assistance of Mr.

Merlo. Lastly, undersigned counsel and Mr. Merlo have met with Mr. Gaye on a handful of occasions.

6. **The Government is unopposed to a 60-day continuance.** Undersigned counsel has conferred with the Government regarding the relief requested by this motion, the Government is not opposed to a 60-day continuance of all due dates and settings.

7. **Mr. Gaye is unopposed to a 60-day continuance.** Undersigned counsel has communicated with Mr. Gaye regarding the need for a continuance. Mr. Gaye does not object to the requested continuance.

## II. RELEVANT LAW RELATED TO THE REQUESTED CONTINUANCE

8. In computing the time within which trial must commence under the Speedy Trial Act, this Court is permitted to exclude time for the following:

- "Any period of delay resulting from a continuance by … the defendant or his counsel … if the judge granted such continuance on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. No such period of delay … shall be excludable under this subsection unless the court sets forth, in the record of the case, … its reasons for finding that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7).

## III. ARGUMENT

3

9.     Mr. Gaye seeks an ends-of-justice continuance to permit undersigned counsel additional time to (1) complete its independent investigation of the facts and law; (2) consult with Mr. Gaye regarding the results of an independent investigation of the facts and law, and (3) consult with Mr. Gaye regarding his trial and non-trial options in light of the completed investigation more specifically stating as follows.

- Undersigned counsel and Mr. Merlo have worked diligently to investigate relevant facts. In light of the investigation and work done to date, the September 6, 2022 trial date and earlier due dates for expert witness designation and notice of disposition do not afford undersigned counsel sufficient time to complete the independent investigation and to consult with Mr. Gaye regarding the results and consequences.
- Undersigned counsel is confident that the independent investigation of will be completed within the requested additional time.

10.    This request is not made for the purpose of delay or to gain unfair advantage, it is made solely so that justice may be done.

## IV. CONCLUSION

Mr. Gaye prays the Court find that the ends of justice are served by granting this request for a continuance for the stated reasons and the Court vacate the current trial date, disclosure and motions deadlines, and continue all settings for no less than 60 days.

Respectfully submitted,

John Parras Law Office

s/ John Parras
John Parras

PO BOX 202647
Denver, CO 80220
(303) 600-3676
jparras@mac.com

## CERTIFICATE OF CONFERENCE

I certify that I consulted with Assistant United States Attorney Thomas Minser who stated that the Government is **unopposed** to the requested continuance.

s/ John Parras
John Parras

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2022, the following was served with a true and correct copy of the foregoing **UNOPPOSED MOTION TO EXCLUDE 60 DAYS FROM THE SPEEDY TRIAL CALCULATION AND CONTINUE ALL DEADLINES** as indicated:

1. Mr. Thomas Minser, Assistant United States Attorney,
   by CM/ECF filing and electronic mail to Thomas.Minser@usdoj.gov.

s/ John Parras
John Parras
