**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 21-CR-00015-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

 JOSEPH GAYE,

    Defendant.

---

**ENTRY OF APPEARANCE AS COUNSEL
FOR THE GOVERNMENT**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Dated this 14th day of October, 2022.

    Respectfully submitted,

    COLE FINEGAN
    United States Attorney

By:    *s/Albert Buchman*
    ALBERT BUCHMAN
    Assistant U.S. Attorney
    1801 California St., Suite 1600
    Denver, CO  80202
    Telephone: (303) 454-0100
    E-mail: al.buchman@usdoj.gov
    Attorney for the Government

CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of October, 2022, I electronically filed the foregoing **ENTRY OF APPEARANCE AS COUNSEL FOR THE GOVERNMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                      *s/Lauren Timm*
                      Lauren Timm
                      Legal Assistant