IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:21-cr-00015-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSEPH GAYE,

    Defendant.

───────────────────────────────────────────────

## STIPULATED STATEMENT OF CASE
───────────────────────────────────────────────

The parties, having conferred, hereby submit the following Statement of the Case:

The government has charged the defendant, JOSEPH GAYE, with the offense of felon in possession of a firearm. The offense is alleged to have occurred on October 19, 2020, in Denver, Colorado.

The defendant has pled not guilty.

                              Respectfully submitted,

                              COLE FINEGAN
                              United States Attorney

By:    *s/ Thomas Minser*
        THOMAS MINSER
        Assistant United States Attorneys
        1801 California St., Suite 1600
        Denver, Colorado 80202
        Phone: (303) 454-0203
        Fax: (303) 454-0405
        E-mail: Thomas.Minser@usdoj.gov
        Attorney for the United States

## CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of October, 2022, I electronically filed the foregoing **STATEMENT OF CASE** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                      *s/ Deana Ambrosen*
                      Legal Assistant
                      United States Attorney's Office