IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  1:21-cr-00015-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOSEPH GAYE,

    Defendant.

---

**THE GOVERNMENT'S LIST OF ISSUES TO BE RESOLVED AT THE PRETRIAL CONFERENCE**

---

The United States of America, through the undersigned counsel, respectfully submits there are no outstanding issues or motions that require resolution before trial.

Dated: October 25, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　COLE FINEGAN
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　By:　　/s/ *Thomas Minser*
　　　　　　　　　　　　　　　　THOMAS MINSER
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　1801 California St., Suite 1600
　　　　　　　　　　　　　　　　Denver, Colorado 80202
　　　　　　　　　　　　　　　　Phone:  (303) 454-0203
　　　　　　　　　　　　　　　　Fax:  (303) 454-0405
　　　　　　　　　　　　　　　　E-mail: Thomas.Minser@usdoj.gov
　　　　　　　　　　　　　　　　Attorney for the United States

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of October 2022, I electronically filed the foregoing **THE GOVERNMENT'S LIST OF ISSUES TO BE RESOLVED AT THE PRETRIAL CONFERENCE** with the Clerk of the Court using CM/ECF, which will send notification of such filing to the parties on record.

*s/ Deana Ambrosen*
Legal Assistant
United States Attorney's Office