IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  1:21-cr-00015-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOSEPH GAYE,

    Defendant.

---

**UNITED STATES' PROPOSED VOIR DIRE QUESTIONS**

---

The United States of America submits these proposed voir dire questions:

1.  This case was investigated by the Denver Police Department and the Bureau of Alcohol, Tobacco, and Firearms (ATF).  Has anyone had any interactions with the Denver Police Department?  Has anyone had any interactions with the ATF?  Is there anything about those interactions that would affect your ability to be fair and impartial in this case?

2.  What is your view of the Denver Police Department?  What is your view of the ATF?  What are your views about law enforcement generally?  Would these views affect your ability to be fair and impartial in this case?

3.  What are your attitudes and beliefs about people who have chosen law enforcement as their profession?

4.  Does anyone have any immediate family in law enforcement?  What are your views of their chosen profession?

5. Have you or your immediate family had a negative experience with law enforcement? How about any positive experiences?

6. Have you read or seen in the news reports involving allegations of misconduct by law enforcement? How do you feel about those reports? Is there anything about this knowledge that would affect your ability to be fair and impartial in this case?

7. Do you think it is appropriate as a juror in a criminal case to base his or her vote on "sending a message" to law enforcement?

8. Does anyone watch any crime TV shows like CSI? How about true-crime podcasts? Which ones? How often?

9. Do you think that these types of shows realistically portray the process of gathering and analyzing evidence?

10. Do you have certain expectations of the government based on your experience with these shows?

11. Does anyone own a firearm? What kind? For what purpose?

12. Does anyone believe that it is always wrong to prohibit someone from possessing a firearm or ammunition? Does anyone here believe that it is wrong to restrict a person's ability to possess a firearm or ammunition?

13. Does anyone believe that it is wrong to prohibit a convicted felon from possessing a firearm or ammunition?

14. Does anyone have strong opinions about people who own or possess firearms or ammunition? What are those opinions? Would they affect your ability to be

fair and impartial in this case?

15. Have any of you been involved with political activity (*e.g.*, donating money, volunteering) related to firearms?

16. Have you or your immediate family ever been the victim of a crime? If so, what was the crime? Would anything about that experience affect your ability to be fair and impartial in this case?

17. Have you or your immediate family ever been charged with a crime? If so, what was the crime? Was the case resolved in a trial or by plea of guilty? What sentence was imposed? Would that experience interfere with your ability to be fair and impartial in this case?

18. Does any juror have any religious, moral, or philosophical reservations about sitting as a juror in a criminal case or returning a verdict of guilty if supported by the evidence?

19. Has anyone previously been called to jury service? Did you actually sit as a juror? Civil or criminal case? What jurisdiction? What was your verdict? Did you serve as the foreperson?

20. This is a criminal trial. Your duty, as jurors, will be to determine whether or not the defendant is guilty of the crime charged in the indictment based on the evidence in the case. It is the judge's duty to determine what punishment, if any, may be imposed in the event of a guilty verdict. Would you be able to assess the evidence in this case and render a verdict without consideration as to the type of punishment which

ultimately may be imposed as result of your verdict?

21. Can you give me an example in your personal or professional life where you drew an inference from information to reach a conclusion? Did you require absolute certainty to reach your conclusion?

22. Is there anything about this case that has you questioning whether you could be a fair and impartial juror?

Dated: October 25, 2022

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: s/ *Thomas Minser*
THOMAS MINSER
Assistant United States Attorneys
1801 California St., Suite 1600
Denver, Colorado 80202
Phone: (303) 454-0203
Fax: (303) 454-0405
E-mail: Thomas.Minser@usdoj.gov
Attorney for the United States

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2022, I electronically filed the foregoing **UNITED STATES' PROPOSED VOIR DIRE QUESTIONS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/ Deana Ambrosen*
Legal Assistant
United States Attorney's Office