# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.   1:21-cr-00015-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   JOSEPH GAYE,

    Defendant.

---

## STIPULATED VERDICT FORM

---

The United States of America (the Government), by United States Attorney Cole Finegan, and the undersigned Assistant United States Attorney, after conferring with the defense, respectfully submits the following stipulated verdict form.

    Respectfully submitted,

    COLE FINEGAN
    United States Attorney

    By: s/ *Thomas Minser*
    THOMAS MINSER
    Assistant United States Attorneys
    1801 California St., Suite 1600
    Denver, Colorado 80202
    Phone:   (303) 454-0203
    Fax:   (303) 454-0405
    E-mail: Thomas.Minser@usdoj.gov
    Attorney for the United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   1:21-cr-00015-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   JOSEPH GAYE,

    Defendant.

## VERDICT FORM

**COUNT 1:**

We, the jury, upon our oaths, unanimously find the defendant, JOSEPH GAYE, as to Count 1 of the Indictment:

_____     Not guilty

_____     Guilty

_____                              _____
DATE                                              FOREPERSON

1