**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Case No. __21-cr-00015-WJM__                    Date ___11/7/2022___

Case Title  _United States of America  v. Joseph Gaye_

GOVERNMENT'S FINAL WITNESS LIST

| WITNESS & DATE | Direct | Cross | Total |
|---|---|---|---|
| Michael Stoney — will call - 11/7/2022 | 30 m. | 30 m. | 60 m. |
| Michael Clayborn — will call - 11/7/2022 | 30 m. | 30 m. | 60 m. |
| Tim Miller — will call - 11/7/2022 | 30 m. | 30 m. | 60 m. |
| Brian Lang — will call/cross designated - 11/8/2022 | 20 m. | 20 m. | 40 m. |
| Anna Kemp — will call/cross designated - 11/8/2022 | 15 m. | 15 m. | 30 m. |
| Nathan Von Rentzell — will call - 11/8/2022 | 45 m. | 45 m. | 90 m. |
| Breanna Wydra — will call/cross-designated - 11/8/2022 | 15 m. | 15 m. | 30 m. |
| Tim Pine — may call - 11/8/2022 | 15 m. | 15 m. | 30 m. |
| Lynn Thrapp — may call - 11/8/2022 | 15 m. | 15 m. | 30 m. |