**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO. <u>21-cr-00015-WJM</u>                    GOVERNMENT'S EXHIBIT LIST

CASE CAPTION <u>United States of America vs. Joseph Gaye</u> DATE <u>November 11, 2022</u>

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | 911 Audio (INV_461) | X | X | | | | | |
| 2 | Stoney/ Clayborn/Lang | Photos of 199 Cook Street | X | | | | | | |
| 3 | Stoney | BWC (INV_163) | X | | | | | | |
| 4 | Clayborn | BWC (INV_162) | X | | | | | | |
| 5 | Miller | Photos of Scene (INV_541, 546, 549, 551, 557, 560-61, 565, 572, 579, 595-98, 600-02, 607, 609) | X | | | | | | |
| 6 | Miller | Shell Casing (Physical Exhibit) | X | | | | | | |
| 7(a) | Miller | Sig Sauer /Magazine (Physical Exhibit) | X | | | | | | |
| 7(b) | Miller | Ammo./Sig Sauer (Physical Exhibit) | X | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 8 | Miller | Ammo./Boxes (Physical Exhibit) | X | | | | | | |
| 9 | Lang | Photos of Clothing (INV_476, 482, 491, 494) | X | | | | | | |
| 10 | Von Rentzell | Bullet Fragment (Physical Exhibit) | X | | | | | | |
| 11 | Von Rentzell | Test Fire Materials (Physical Exhibit) | X | | | | | | |
| 12 | Von Rentzell | Lab Photos (Lab_33-34) | X | | | | | | |
| 13 | Kemp | Lease (INV_89-106) | X | | | | | | |
| 14 | | BWC - Ofc. Doherty (INV_157) | X | X | | | | | |
| 15 | | Stipulation – 911 Call | | | | | | | |
| 16 | | Stipulation – Firearm Functionality | | | | | | | |
| 17 | | Stipulation – Firearm Nexus | | | | | | | |
| 18 | | Stipulation – Felony conviction | | | | | | | |
| 19 | | Stipulation – Allison Kennedy | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | Stoney/Lang Clayborn/ Miller | Reports (INV_615-816) | X | | | | | | |
| 29 | Kemp | Lease Documents/ Communications (INV_88, 149) | X | | | | | | |
| 30 | Wydra/ Von Rentzell | Lab Reports (LAB_1-35) | X | | | | | | |
| 31 | | | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |