## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.  1:21-cr-00015-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOSEPH GAYE,

      Defendant.

---

## DEFENDANT JOSPEH GAYE'S PROPOSED VOIR DIRE

---

Mr. Joseph Gaye, through his lawyer John Parras and pursuant to Federal Rule of Criminal Procedure 24, requests that his lawyer be allowed to ask the following questions of the jury panel so that he may exercise challenges for cause and peremptory challenges.

**1. Nature of the case; Indictment is not evidence.** As you know from hearing the statement of the case, Mr. Gaye is charged with being a felon in possession of a firearm. He has pleaded not guilty. The charge is contained in an Indictment. The indictment is not evidence, however. It is a formal written presentation of the allegation against Mr. Gaye. No one has decided if Mr. Gaye is guilty of the offense beyond a reasonable doubt. That is why we are here, for you to judge the strength and of the Government's case using the law the Court gives

you and the evidence the Court allows us to present.

      1.a. Raise your hand if you understand what it means when the Court says that the Indictment is not evidence.

Mr. Gaye, like all citizens in a trial, is entitled to the presumption of innocence. In non-legal terms, that means that as he sits here now he is "not guilty," no evidence has been presented against him and no jury has decided if the Government's case has been proven beyond a reasonable doubt.

      1.b. Raise your hand if the mere fact that Mr. Gaye is an alleged felon keeps you, right now, from giving him the presumption of innocence.

      1.c. Raise your hand if proof that he is a convicted felon will automatically lead you to conclude that he is guilty, without any need for the Government to prove any other element of the case.

      1.d. Raise your hand if you are unable to presume Mr. Gaye innocent because this case is about guns or firearms and you cannot look past the fact that the case involves guns or firearms.

**2. Fifth Amendment Privilege.** There are people who believe, or have the opinion, that an innocent person would always choose to testify. For that reason, they might believe that a person who does not testify is or must be guilty; or, as a juror they might factor the decision of a defendant to remain silent against the defendant when deciding if the case was proved beyond a reasonable doubt.

2.a. Raise your hand if you have that belief or opinion—that an innocent person would always choose to testify. Or, that a person who does not testify must be guilty.

2. b. How strongly do you hold that belief or opinion?

2. c. For how long have you held that belief or opinion?

2.d. If you're selected as a juror in this case and Mr. Gaye does not testify, will you be able to follow the Court's instructions and not consider that fact against him at all, in other words give the fact that he elects to remain silent no/zero weight when you decide the case?

2. e. For those of you who didn't raise your hand, what are some reasons why a defendant in a criminal case would choose to not testify?

**3. Police testimony.** Some people believe or hold the opinion that police officers do not lie, they believe that they always testify truthfully. Those people, therefore, are likely to judge the credibility of testifying police officers differently than the testimony of other witnesses.

3.a. Raise your hand if you believe police officers, because they are police officers, are more credible than other witnesses.

3.b. How strongly do you hold that belief or opinion?

3.c. For how long have you held that belief or opinion?

3.d. If you're selected as a juror in this case, will you be able to follow

the Court's instructions and weigh police testimony the same as you weigh the testimony of anyone else, their testimony is not to be given more weight because they are police officers?

**4. Burden of proof.** The Government bears the burden of proof, they have 100% of the responsibility for presenting evidence in an effort to prove each and every element of the crime beyond reasonable doubt.

4.a. Raise your hand if you do not understand what this means.

4.b. Raise your hand if you do not agree with this statement of law.

The Government is required to prove each and every element beyond a reasonable doubt for you to vote "guilty." If the Government does not prove one element beyond a reasonable doubt you are required to vote "not guilty." For example, if there are three elements to a crime and the Government and evidence convince you that two elements are proved beyond a reasonable doubt but the Government and evidence fail to convince you of the third element beyond a reasonable doubt then you must vote "not guilty."

4.c. Raise your hand if you do not understand what this means.

4.d. Raise your hand if you do not agree with this statement of law.

The Defendant is never required to prove that he is "not guilty" or present any evidence at all. If he remains silent, presents no evidence, and the Government fails to prove any element beyond a reasonable doubt then the Defendant is entitled

to your vote of "not guilty."

       4.e. Raise your hand if you do not understand what this means.

       4.f. Raise your hand if you do not agree with this statement of law.

The burden of proof, the responsibility to bring you convincing evidence, never shifts to the defendant, not 1 %. The Defendant has no responsibility to prove or convince you of anything in order for you to vote "not guilty." If the Government fails to convince you that each and every element is proven beyond a reasonable doubt, then you are required to vote "not guilty."

       4.g. Raise your hand if you do not understand what this means.

       4.h. Raise your hand if you do not agree with this statement of law.

       4.i. Raise your hand if you think the Defendant should be required to provide an innocent or alternative explanation about what happened?

       4.j. Raise your hand if you will hold it against the Defendant if he does not provide an explanation for what happened?

       4.k. Raise your hand if you can assure us that you will uphold the Fifth Amendment if Mr. Gaye chooses to not testify.

    5. **General Questions**. The following are general questions to help make decisions when all other considerations appear equal.

       5.a. Apple or PC? Raise your hand if you prefer Apple?

       5.b. Raise your hand if you brought a real book or newspaper with

you today. What is it, who wrote it?

       5.c. Raise your hand if you downloaded reading material for jury duty.

       5.d. Raise your hand if you downloaded music or a podcast to listen to during jury duty.

       5.e. Raise your hand if you do not have a cell phone with you today?

       Respectfully submitted,


       s/ John Parras
       John Parras Law Office
       PO BOX 202647
       Denver, CO 80220
       (303) 600-3676
       jparras@mac.com


## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2022, the following was served with a true and correct copy of the foregoing as indicated:

1. Mr. Thomas Minser, Assistant United States Attorney,

       by CM/ECF filing and electronic mail to Thomas.Minser@usdoj.gov.

2. Mr. Al Buchman, Assistant United States Attorney,

       by CM/ECF filing and electronic mail to Al.Buchman@usdoj.gov.


       s/ John Parras

       John Parras