

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-015-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSEPH GAYE,

    Defendant.

---

## STIPULATION – 911 CALL

---

The government and the defendant have stipulated – that is they have agreed – certain facts have been proven beyond a reasonable doubt.

In this case, the parties have stipulated that:

1. Exhibit 1 is a true and accurate recording of a 911 call made by the defendant, Joseph Gaye, on October 19, 2020 at approximately 5:33 p.m.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: _____
Thomas Minser
Attorney for the Government

By: _____
Al Buchman
Attorney for the Government

By: _____
Joseph Gaye
Defendant

By: _____
John Parras
Attorney for Joseph Gaye

1



GOVERNMENT EXHIBIT 16

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-015-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSEPH GAYE,

    Defendant.

## STIPULATION – FIREARM FUNCTIONALITY

The government and the defendant have stipulated – that is, they have agreed – that certain facts have been proven beyond a reasonable doubt.

In this case the parties have stipulated that:

1. At the time of its recovery in the District of Colorado, the Sig Sauer semi-automatic pistol contained in Exhibit 7(a), functioned as designed by expelling a projectile by the action of an explosive.

Respectfully submitted,

COLE FINNEGAN
United States Attorney

By: _____
Thomas Minser
Attorney for the Government

By: _____
Al Buchman
Attorney for the Government

By: _____
Joseph Gaye
Defendant

By: _____
John Parras
Attorney for Joseph Gaye

**GOVERNMENT EXHIBIT 17**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-015-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSEPH GAYE,

    Defendant.

## STIPULATION – FIREARM NEXUS

The government and the defendant have stipulated – that is, they have agreed – that certain facts have been proven beyond a reasonable doubt.

In this case the parties have stipulated that:

1. Prior to its recovery by the Denver Police Department in the District of Colorado on October 19, 2020, the Sig Sauer semi-automatic pistol contained in Exhibit 7(a), had moved at some time from one state to another.

Respectfully submitted,

COLE FINNEGAN
United States Attorney

By: _____
Thomas Minser
Attorney for the Government

By: _____
Al Buchman
Attorney for the Government

By: _____
Joseph Gaye
Defendant

By: _____
John Parras
Attorney for Joseph Gaye

GOVERNMENT EXHIBIT 18

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-015-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSEPH GAYE,

    Defendant.

## STIPULATION -- PRIOR FELONY CONVICTION

The government and the defendant have stipulated -- that is, they have agreed -- that certain facts have been proven beyond a reasonable doubt.

In this case the parties have stipulated that:

1. The defendant was convicted of a felony, that is, a crime punishable by imprisonment for a term exceeding one year, before he allegedly possessed the firearm for which he is charged; and

2. The defendant knew he was convicted of a felony before he allegedly possessed the firearm for which he is charged.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: _____
Thomas Minser
Attorney for the Government

By: _____
Al Buchman
Attorney for the Government

By: _____
Joseph Gaye
Defendant

By: _____
John Parras
Attorney for Joseph Gaye



GOVERNMENT
EXHIBIT
19

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-015-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSEPH GAYE,

    Defendant.

## STIPULATION – ALLISON KENNEDY

The government and the defendant have stipulated – that is, they have agreed – that certain facts have been proven beyond a reasonable doubt.

In this case the parties have stipulated that:

1. Denver Police Department Lab Technician Allison Kennedy recovered the bullet contained in Exhibit 10 from the Denver Health Medical Center located at 777 Bannock Street in Denver, Colorado, on October 22, 2020.

2. The bullet contained in Exhibit 10 is in substantially the same condition as it was on October 22, 2020, when it was recovered from the Denver Health Medical Center.

Respectfully submitted,

COLE FINNEGAN
United States Attorney

By: _____
Thomas Minser
Attorney for the Government

By: _____
Al Buchman
Attorney for the Government

By: _____
Joseph Gaye
Defendant

By: _____
John Parras
Attorney for Joseph Gaye