IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:             November 1, 2022
Courtroom Deputy: Leigh Roberson
Court Reporter:   Mary George

---

| | |
|---|---|
| Criminal Action No. **1:21-cr-00015-WJM-1** | Counsel: |
| UNITED STATES OF AMERICA, | Thomas John Minser<br>Albert C. Buchman |
| Plaintiff, | |
| v. | |
| JOSEPH GAYE, | John M. Parras |
| Defendant. | |

---

## COURTROOM MINUTES

**Final Trial Preparation Conference**

**3:34 p.m.     Court in session.**

Court calls case. Appearances of counsel.

Opening remarks by the Court.

This matter is set for four-day jury trial beginning November 7, 2022.

Discussion held regarding opening statements, stipulations of facts, the Court's procedures for deposition designations, counsel table rosters, witness lists, trial length, exhibit lists, voir dire, pending motions, jury instructions, jury notetaking, Court's instructions to jurors regarding references to the minor victim, trial briefs, the Court's practice standards, and anticipated evidentiary hearings which may be necessary outside the hearing of the jury.

The Court reserves four days for trial. Each side shall have 20 minutes for voir dire and 20 minutes for opening statements.

**ORDERED:**   Counsel shall submit a Word document via email to chambers containing the stipulations of fact.

**ORDERED:**   On or before November 2, 2022, at 12:00 noon, each side shall submit to chambers, via email, a roster identifying by name and capacity at trial everyone who will be at counsel tables.

**4:02 p.m.**   **Court is adjourned. Hearing concluded.**

Total time in court:  0:28