## INVESTIGATIVE METHODS OR TECHNIQUES

You have heard testimony as to the manner in which the government conducted its investigation in this case, including certain investigative methods or techniques that were used and certain investigative methods or techniques that were not used.  In attempting to prove its case, the government is under no obligation to use all of the investigative methods that are available to it or use any particular method.  The question is whether the evidence is sufficient to convince you beyond a reasonable doubt of the defendant's guilt.[1]

---

[1] *United States v. Johnson*, 479 F. App'x 811, 817 (10th Cir. 2012); *see also United States v. Jenks*, 714 F. App'x 894 (10th Cir. 2017); *United States v. Trent*, 767 F.3d 1046 (10th Cir. 2014), *abrogated on other grounds by United States v. Mathis*, 136 S. Ct. 2243 (2016).