IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:                  November 7, 2022
Courtroom Deputy:  Leigh Roberson
Court Reporter:     Mary George

| | |
|---|---|
| Criminal Action No. **1:21-cr-00015-WJM-1** | Counsel: |
| UNITED STATES OF AMERICA, | Thomas John Minser<br>Albert C. Buchman |
| Plaintiff, | |
| v. | |
| JOSEPH GAYE, | John M. Parras |
| Defendant. | |

## COURTROOM MINUTES

**Jury Trial, Day 1**

**8:34 a.m.**     **Court in session.** Jury panel not present.

Appearances of counsel.

Also seated at Plaintiff's table: Special Agent Lynn Thrapp, ATF. Also seated at Defendant's table: Anthony Merlo.

Opening remarks by the Court.

**ORDERED:**  At the conclusion of the jury trial, counsel for the parties shall retain custody of their respective original exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

**ORDERED:**  Government's oral motion for Rule 615 sequestration is granted, all witnesses are sequestered and excluded from the courtroom until after they have testified.

Government's oral motion for authorization to communicate with the jury at the conclusion of trial is granted. A written order will follow.

**8:51 a.m.**      **Court in recess.**
**9:15 a.m.**      **Court in session.** Jury panel present.

**Jury Selection**

Court's remarks to prospective jurors.

Voir dire of prospective jurors by the Court.

**10:27 a.m.**         **Court in recess.**
**10:49 a.m.**         **Court in session.** Jury panel present.

Continued voir dire of prospective jurors by the Court.

**12:16 p.m.**   **Court in recess.**
**1:29 p.m.**    **Court in session.** Jury panel present.

Continued voir dire by the Court.

Voir dire by the government.

Voir dire by the defense.

**2:55 p.m.**    **Court in recess.**
**3:15 p.m.**    **Court in session.** Jury panel present.

The parties exercise their peremptory challenges.

12 jurors and 1 alternate seated and sworn.

The Court's Juror Code of Conduct is distributed to all jurors and counsel.

The Court reviews the Code of Conduct with the members of the jury.

**3:50 p.m.**    **Court in recess.**
**4:10 p.m.**    **Court in session.** Jury present.

Opening statement for the government by Mr. Minser.

Opening statement for the defense by Mr. Parras.

Government's witness Michael Clayborn, Denver Police Department, called and sworn.

Direct examination of Sergeant Clayborn by Mr. Buchman.

Exhibits admitted: Government's Exhibits 1, 2, 4

**5:01 p.m.     Court in recess. Trial continued.** Jury released, to return at 8:35 a.m. on Tuesday, November 8, 2022.

Total time in court: 5 hours, 48 minutes