IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: November 8, 2022
Courtroom Deputy: Leigh Roberson
Court Reporter: Mary George

| | |
|---|---|
| Criminal Action No. **1:21-cr-00015-WJM-1** | Counsel: |
| UNITED STATES OF AMERICA, | Thomas John Minser<br>Albert C. Buchman |
| Plaintiff, | |
| v. | |
| JOSEPH GAYE, | John M. Parras |
| Defendant. | |

## COURTROOM MINUTES

**Jury Trial, Day 2**

**8:56 a.m.     Court in session.** Jury present.

Appearances as previously noted. Defendant is present on bond.

Continued direct examination of Sergeant Clayborn by Mr. Buchman.

Cross-examination of Sergeant Clayborn by Mr. Parras.

Redirect examination of Sergeant Clayborn by Mr. Buchman.

Sergeant Clayborn is excused.

Government's witness Michael Stoney, Denver Police Department, called and sworn.

Direct examination of Sergeant Stoney by Mr. Minser.

Exhibits admitted: Government's Exhibits 3 and 9

Cross-examination of Sergeant Stoney by Mr. Parras.

**10:24 a.m.     Court in recess.**
**10:50 a.m.     Court in session.** Jury present.

Continued cross-examination of Sergeant Stoney by Mr. Parras.

Exhibits admitted: Government's Exhibits 14

Redirect examination of Sergeant Stoney by Mr. Minser.

Sergeant Stoney is excused.

Government's witness Timothy Miller called and sworn.

Direct examination of Mr. Miller by Mr. Buchman.

Exhibits admitted: Government's Exhibits 5, 6, 8, 7a, 7b

Cross-examination of Mr. Miller by Mr. Parras

**12:16 p.m.              Court in recess.**
**1:35 p.m.               Court in session.** Jury present.

Continued cross-examination of Mr. Miller by Mr. Parras.

Redirect examination of Mr. Miller by Mr. Buchman.

Mr. Miller is excused.

Government's witness Anahita Kemp called and sworn.

Direct examination of Ms. Kemp by Mr. Minser.

Exhibits admitted: Government's Exhibit 13

Cross-examination of Ms. Kemp by Mr. Parras.

Ms. Kemp is excused.

Government's witness Breanna Wydra called and sworn.

Direct examination of Ms. Wydra by Mr. Minser.

Cross-examination of Ms. Wydra by Mr. Parras.

Ms. Wydra is excused.

Government's witness Detective Brian Lang, Denver Police Department, called and sworn.

Direct examination of Detective Lang by Mr. Minser.

Cross- and direct examination of Detective Lang by Mr. Parras.
Redirect and cross-examination of Detective Lang by Mr. Minser.

Recross-examination of Detective Lang by Mr. Parras.

Detective Lang is excused.

Jury in recess.

Discussion held regarding remaining witnesses and trial timing.

**3:04 p.m.**     **Court in recess.**
**3:22 p.m.**     **Court in session.** Jury present.

Government's expert witness Nathan Von Rentzell called and sworn.

Direct examination of Mr. Von Rentzell by Mr. Buchman.

Exhibits admitted: Government's Exhibits 10, 11, 12

Cross-examination of Mr. Von Rentzell by Mr. Parras.

Mr. Von Rentzell is excused.

Government rests.

**4:07 p.m.**     **Court in recess.**
**4:20 p.m.**     **Court in session.** Jury not present.

Defendant moves orally for judgment of acquittal pursuant to Fed. R. Cr. P. 29(a).

Argument.

**ORDERED:**   For the reasons stated on the record, defendant's oral motion for judgment of acquittal pursuant to Fed. R. Cr. P. 29(a) is denied.

The Court inquires whether defendant intends to present evidence. Defense intends to rest.

Jury present.

Defendant rests.

Jury released, to return at 9:15 a.m. on Wednesday, November 9, 2022.

Discussion held regarding closing arguments.

**ORDERED:**   Each side shall have 25 minutes for closing argument. The government may reserve no more than one-third of its allotted time for rebuttal.

Admitted exhibits read into the record.

**4:39 p.m.**       **Court in recess. Trial continued.**   Total time in court: hours, minutes