IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: November 9, 2022
Courtroom Deputy: Leigh Roberson
Court Reporter: Mary George

| | |
|---|---|
| Criminal Action No. **1:21-cr-00015-WJM-1** | Counsel: |
| UNITED STATES OF AMERICA, | Thomas John Minser<br>Albert C. Buchman |
| Plaintiff, | |
| v. | |
| JOSEPH GAYE, | John M. Parras |
| Defendant. | |

## COURTROOM MINUTES

**Jury Trial, Day 3**

**9:04 a.m.**     **Court in session.** Jury not present.

Appearances as noted previously. Defendant is present on bond.

Charging conference.

**9:07 a.m.**     **Court in recess.**
**9:24 a.m.**     **Court in session.** Jury present.

Jury charged by the Court.

Closing argument for the government by Mr. Buchman.

Closing argument for defendant by Mr. Parras.

Rebuttal closing argument for the government by Mr. Minser.

Court's colloquy with the alternate juror. Alternate juror excused with the thanks of the Court.

**ORDERED:**   Beginning today and for the duration of deliberations, lunches shall be provided to the jury.

12 regular jurors released into deliberations.

Court's remarks to counsel.

**10:49 a.m.**   **Court in recess.**
**12:24 p.m.**   **Court in session.** Jury not present.

Court informs counsel that the jury has reached a verdict.

Jury present.

Court reads the verdict into the record. Defendant found guilty as to Count 1 of the Indictment.

Court polls jury.

Court's concluding remarks to the jury. Jury discharged with the thanks of the Court.

**ORDERED:**   Sentencing set for July 19, 2023, at 9:30 a.m.

Argument held regarding remand.

**ORDERED:**   The defendant shall be continued on bond pending sentencing, with additional conditions as stated on the record. The Probation Office shall complete a presentence investigation and prepare a presentence report. Any pending motions are denied as moot.

**12:43 p.m.**   **Court in recess. Trial adjourned.**

Total time in court: One hour, 47 minutes