IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 21-cr-015-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH GAYE,

    Defendant.

---

### VERDICT FORM

---

Please do not write anything on this form except to check a response and to sign and date the form.

### COUNT ONE

We, the jury, upon our oaths, unanimously find the defendant, JOSEPH GAYE, as to Count 1 of the Indictment:

_____ Not guilty

✓ Guilty

11-9-22

DATE                         FOREPERSON

[Juror Signature Redacted]