IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Case Number:    21-cr-00015-WJM
United States of America
v.
Joseph Gaye

## NOTE TO COURT

✓ ____  We the jury have reached a verdict.

____  We the jury have a question.

_____
_____
_____
_____
_____

11-9-22 12:05
**Date & Time**

Juror Signature Redacted
**Foreperson (signature)**

Answer from the Court

_____
_____
_____
_____
_____

_____  _____
**Date & Time**                **Judge William J. Martínez**