## FINAL LIST OF PROPOSED EXHIBITS

CASE NO. 21-cr-00015-WJM                                GOVERNMENT'S EXHIBIT LIST

CASE CAPTION United States of America vs. Joseph Gaye DATE November 11, 2022

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | 911 Audio (INV_461) | X | X | | 11/7 | | | |
| 2 | Stoney/ Clayborn/Lang | Photos of 199 Cook Street | X | | | 11/7 | | | |
| 3 | Stoney | BWC (INV_163) | X | | | 11/8 | | | |
| 4 | Clayborn | BWC (INV_162) | X | | | 11/7 | | | |
| 5 | Miller | Photos of Scene (INV_541, 546, 549, 551, 557, 560-61, 565, 572, 579, 595-98, 600-02, 607, 609) | X | | | 11/8 | | | |
| 6 | Miller | Shell Casing (Physical Exhibit) | X | | | 11/8 | | | |
| 7(a) | Miller | Sig Sauer /Magazine (Physical Exhibit) | X | | | 11/8 | | | |
| 7(b) | Miller | Ammo./Sig Sauer (Physical Exhibit) | X | | | 11/8 | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 8 | Miller | Ammo./Boxes (Physical Exhibit) | X | | | 11/8 | | | |
| 9 | Lang | Photos of Clothing (INV_476, 482, 491, 494) | X | | | 11/9 | | | |
| 10 | Von Rentzell | Bullet Fragment (Physical Exhibit) | X | | | 11/8 | | | |
| 11 | Von Rentzell | Test Fire Materials (Physical Exhibit) | X | | | 11/8 | | | |
| 12 | Von Rentzell | Lab Photos (Lab_33-34) | X | | | 11/8 | | | |
| 13 | Kemp | Lease (INV_89-106) | X | | | 11/8 | | | |
| 14 | | BWC - Ofc. Doherty (INV_157) | X | X | | 11/8 | | | |
| 15 | | Stipulation – 911 Call | | | | | | | |
| 16 | | Stipulation – Firearm Functionality | | | | | | | |
| 17 | | Stipulation – Firearm Nexus | | | | | | | |
| 18 | | Stipulation – Felony conviction | | | | | | | |
| 19 | | Stipulation – Allison Kennedy | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | Stoney/Lang Clayborn/ Miller | Reports (INV_615-816) | X | | | | | | |
| 29 | Kemp | Lease Documents/ Communications (INV_88, 149) | X | | | | | | |
| 30 | Wydra/ Von Rentzell | Lab Reports (LAB_1-35) | X | | | | | | |
| 31 | | | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |