IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  1:21-cr-00015-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOSEPH GAYE,

      Defendant.

**DEFENDANT GAYE'S RESPONSE TO THE GOVERNMENT'S
SENTENCING STATEMENT (DKT. NO. 90)**

      Mr. Joseph Gaye, through his court-appointed lawyer John Parras and pursuant to D.C.COLO.LCrR 32.1(2) ("Local Rule 32.1"), responds as follows to the Government's Sentencing Statement, reserving his right to raise relevant additional factual and legal sentencing arguments that may arise in the investigation and preparation for sentencing currently set for July 19, 2023 (Dkt. No. 80):

      1.     Subsection 2 of Local Rule 32. 1 states, "[n]o later than 14 days after the Government files it's sentencing statement, a defendant may file a sentencing statement that analyzes the sentencing factors to be considered at sentencing."

      2.     Mr. Gaye's jury trial concluded in a conviction just over one month

ago, on November 9, 2022. Counsel has not concluded its factual investigation or legal analysis of relevant sentencing issues.

3. Counsel has, however, conducted a review of the applicable United States Sentencing Guidelines and responds to inform the Court and the Government that Mr. Gaye agrees with the Government's analysis of USSG § 2K2.1. Specifically, under USSG § 2K2.1(a)(4)(A) the applicable Base Offense Level is 20 (committed the instant offense prior to a controlled substance offense) and 4 points are added for Specific Offense Characteristic (b)(4)(B) (obliterated serial number) resulting in a preliminary offense level 24.

4. Additionally, Mr. Gaye agrees with the Government's USSG Criminal History estimation that Mr. Gaye's Criminal History Category is III.

5. Mr. Gaye anticipates filing motions for departures and/or variances upon completion of his investigation and review of the United States Probation Office's Presentence Investigation Report. And, Mr. Gaye anticipates filing a more thorough sentencing statement analyzing the Title 18 U.S.C. § 3553 sentencing factors.

Respectfully submitted,

s/ John Parras
John Parras Law Office
PO BOX 202647
Denver, CO 80220
(303) 600-3676

2

jparras@mac.com

# CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2022, the following was served with a true and correct copy of the foregoing as indicated:

1. Mr. Thomas Minser, Assistant United States Attorney,

    by CM/ECF filing and electronic mail to Thomas.Minser@usdoj.gov.

2. Mr. Al Buchman, Assistant United States Attorney,

    by CM/ECF filing and electronic mail to Al.Buchman@usdoj.gov.

                                                    s/ John Parras
                                                    John Parras